UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>EARNEST BRADLEY HALL,<br><br>    Defendant. | CRIMINAL NO. 7:14-2-KKC-2<br>and<br>CIVIL NO. 7:15-105-KKC<br><br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

(1) Defendant Earnest Bradley Hall's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (DE 54) is **DENIED** with prejudice;

(2) A Certificate of Appealability **SHALL NOT BE ISSUED** because Defendant has failed to make a substantial showing of the denial of a constitutional right;

(3) This Judgment is **FINAL;** and

(4) This matter is **DISMISSED AND STRICKEN** from the active docket.

Dated November 30, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY