UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | Criminal No. 7:14-02-KKC-CJS-1 |
| v. )<br>) | |
| EARNEST BRADLEY HALL, )<br>) | **JUDGMENT** |
| Defendant. ) | |

*** *** *** ***

For the reasons stated in the Court's opinion entered on this date and in the Court's November 30, 2020 opinion (DE 157), the Court hereby ORDERS and ADJUDGES as follows:

1) Hall's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (DE 54) is DENIED;

2) The Court will not issue a certificate of appealability;

3) This judgment is FINAL and Appealable; and

4) This matter is STRICKEN from the Court's active docket.

This 6th day of July, 2023.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY